
RECEIVED
JAN 26 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANICE ANN MELDER | CIVIL ACTION 1:16-CV-00861 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN W. COLVIN, COMMISSIONER | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Melder's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 26th day of January, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE